Mark S. DANIELS, Plaintiff–Appellant,

v.

BURLINGTON NORTHERN RAILROAD COMPANY, a Delaware Corporation, Defendant–Appellee.

No. 89–35654.

United States Court of Appeals, Ninth Circuit.

May 1, 1992.

Before: HUG, D.W. NELSON and BRUNETTI, Circuit Judges.

The parties have notified the court that a settlement has been reached in the above-entitled action. Based upon the settlement, the parties stipulated that the claims in the above-entitled action be dismissed with prejudice, with each party bearing its own costs. Accordingly, the opinion in *Daniels v. Burlington Northern Railroad Company*, 916 F.2d 568 (9th Cir.1990), is vacated and dismissed with prejudice. The parties are directed to bear their own costs.